IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY PHIPPS SALAZAR,**<br><br>  Petitioner,<br><br>  v.<br><br>**G. LEWIS, Warden,**<br><br>  Respondent. | Case No. C 11-1189 LHK (PR)<br><br>[PROPOSED] ORDER |

  GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until September 23, 2011 to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: ____7/29/11_____     _____
              The Honorable Lucy H. Koh

1

[Proposed] Order (C 11-1189 LHK (PR))